AO 91 (Rev. 11/11)  Criminal Complaint

FILED 30 JUN '20 16:20 USDC-ORE

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 6:20-cv-01054-MK |
| JESSICA HUNTER, | ) | |
| CASSIE MUDGE, | ) | |
| RICK WESENBERG | ) | |
| WILLIAM MARSHALL | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ DECEMBER 2018 _____ in the county of _____ DOUGLAS _____ in the _____ 9 _____ District of _____ OREGON _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| | KIDNAPPING |
| | HUMAN TRAFFICKING |
| | CHILD NEGLECT |
| | CHILD ENDANGERMENT |

This criminal complaint is based on these facts:

CHILDREN WERE REMOVED FROM THE PARENTS WITH OUT FACTUAL GROUNDS OR PROOF.  CHILDREN MOVED 13 HOMES IN 2 YEARSNOT IN SAME PLACEMENT, 1 CHILD WENT MISSING FOR 30 DAYS WHILE IN THERE CARE. JUDGE HAD STATED IN AUGUST 2018 THAT MOTHER HAD COMPLETED ALL SHE NEEDED TO RECIEVE CHILDREN BACK. DHS INSTEAD STOPPED ALL VISITS AND TERMINATED RIGHTS ILLEGALLY.

☑ Continued on the attached sheet.

HOPE SHAW
*Complainant's signature*

HOPE SHAW, INVESTIGATOR  Citizen ARrost
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED 30 JUN '20 16:20 USDC-ORE

# UNITED STATES DISTRICT COURT

### for the

_9th_ District of _Oregon_

_Federal_ Division

)
)
)
Hope Elaine Dir + Family )
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

STATE OF Oregon
ODHS, Police, Child Welfare
DA + Courts, Jail
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    6:20-cv-01054-MK
_____
*(to be filled in by the Clerk's Office)*

ex parte pro se
Emergency
motion

# EMERGENCY
## COMPLAINT AND REQUEST FOR INJUNCTION

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                   Hope Elaine Dir
Street Address         450 Hwy 99
City and County        Eugene Lane
State and Zip Code     Oregon 97402
Telephone Number       no
E-mail Address         Th3timenotel@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name ............................ STATE of Oregon - Child Welfare

Job or Title *(if known)*

Street Address ............... 730 Harvard Av

City and County .............. Roseburg Douglas

State and Zip Code ........... Oregon 97470

Telephone Number ............. 541 440 -3373

E-mail Address *(if known)*

Defendant No. 2

Name ............................ State of Oregon - DA + Courts

Job or Title *(if known)*

Street Address ............... 1036 SE Douglas

City and County .............. # 206 + 202

State and Zip Code ........... Rosebury OR 97470

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name ............................ State of Oregon - Roseburg police

Job or Title *(if known)*

Street Address ............... Douglas Ave

City and County .............. Roseburg Douglas

State and Zip Code ........... Oregon 97470

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name ............................ State of Oregon - Jail

Job or Title *(if known)*

Street Address ............... 1036 SE Douglas

City and County .............. Roseburg Douglas

State and Zip Code ........... Oregon 97470

Telephone Number

E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Jail — Cruel + unusual punishment
DHS, Police, DA, Courts — equal prosecutorial Justice, Cruel + unusual
Right to Counsel, Right to Fair trial

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _Hope Elaine DN_ , is a citizen of the
        State of *(name)* _Oregon_ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated

        under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)*

        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of

        the State of *(name)* _____ . Or is a citizen of

        *(foreign nation)* _____ .

Page 3 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _State of Oregon_ , is incorporated under
the laws of the State of *(name)* _Oregon_ , and has its
principal place of business in the State of *(name)* _Oregon_ .
Or is incorporated under the laws of *(foreign nation)* _Oregon_ ,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Judge to Decide

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Roseburg Oregon

B.    What date and approximate time did the events giving rise to your claim(s) occur?

From July 2017 through Current

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please See Attached
For Each Defendent

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

— Continued loss of Constitutional Rights
— Continued Harrasment and Cruel + Unusual porishment
☓ Psychological, Emotional + mental Abuse to Children, parents + Community
— Case precedent Creating an loophole for school Shooting
— 260,000 a year to Citizens For Foster Care + Jail
— Future Hardship on Community by Children

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

= enjoin Courts on state Level From proceeding on, Enforcing or Creating any. Future proceeding on electo plaintiff and Family.
— Enjoin Police From Arresting or Harrasing
— Dismiss pending Charges
— Reverse Termination order and Order status Add visits of 1x a wk to Begin Again.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        6/30/20

Signature of Plaintiff

Printed Name of Plaintiff        Hope DN

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address